IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADA CARNES, Individually and as Personal Representative of the Estate of ARTHUR L. CARNES, Deceased, CRAIG CARNES, DANIEL CARNES, and GLENN CARNES<br><br>           Plaintiffs,<br><br>  v.<br><br>THE BOEING COMPANY, *et al*.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:19-cv-00128-MN-SRF<br>)<br>)<br>)<br>) |

**DEFENDANT THE BOEING COMPANY'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Boeing Company states that it does not have any parent corporation; nor does any publicly held company own 10% or more of the stock of The Boeing Company.

                          **MANNING GROSS + MASSENBURG LLP**

                          */s/ William B. Larson*
                          Jason A. Cincilla (DE Bar ID #4232)
                          Amaryah K. Bocchino (DE Bar ID #4879)
                          Ryan W. Browning (DE Bar ID #4989)
                          William B. Larson (DE Bar ID #5627)
                          Tye C. Bell (DE Bar ID #5309)
                          1007 North Orange Street, 10th Floor
                          Wilmington, Delaware 19801
                          (302) 657-2100
                          jcincilla@mgmlaw.com
                          abocchino@mgmlaw.com
                          rbrowning@mgmlaw.com
                          wlarson@mgmlaw.com
                          tbell@mgmlaw.com
                              *Attorneys for Defendant*
                              *The Boeing Company*

February 15, 2019
*2468018*