# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADA CARNES, Individually and as Personal Representative of the Estate of ARTHUR L. CARNES, Deceased, CRAIG CARNES, DANIEL CARNES, and GLENN CARNES<br><br>     Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, *et al*.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:19-cv-00128-MN-SRF<br>)<br>)<br>)<br>) |

## STIPULATION TO AMEND CASE SCHEDULING ODER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, SUBJECT TO THE APPROVAL OF the Court, that Defendants' motion(s) to establish applicable substantive law are due on March 27, 2020. Plaintiffs' response is due on April 13, 2020. Defendants' repl(ies) are due on April 20, 2020. The deadline for Case Dispositive Motions (¶12 of D.I. 25) is extended to 30 days after the Court's final order establishing the applicable substantive law. Briefing will be presented pursuant to the Court's Local Rules.

*[Remainder of Page Intentionally Left Blank]*

2

| | |
|---|---|
| **THE BIFFERATO FIRM P.A.** | **MANNING GROSS + MASSENBURG LLP** |
| */s/ Ian Connor Bifferato* | */s/ William B. Larson, Jr.* |
| Ian Connor Bifferato (DE Bar ID #3273) | Jason A. Cincilla (DE Bar ID #4232) |
| 1007 North Orange Street, 4th Floor | Amaryah K. Bocchino (DE Bar ID #4879) |
| Wilmington, Delaware 19801 | Ryan W. Browning (DE Bar ID #4989) |
| 302-225-7600 | William B. Larson, Jr. (DE Bar ID #5627) |
| cbifferato@tbf.legal | Tye C. Bell (DE Bar ID #309) |
| *Attorney for Plaintiffs* | 1007 North Orange Street, 10th Floor |
| | Wilmington, Delaware  19801 |
| | (302) 657-2100 |
| | jcincilla@mgmlaw.com |
| | abocchino@mgmlaw.com |
| | rbrowning@mgmlaw.com |
| | wlarson@mgmlaw.com |
| | tbell@mgmlaw.com |
| | *Attorneys for Defendant* |
| | *The Boeing Company* |

March 6, 2020
*2896466*

SO ORDERED this _____ day of _____, 2020.

_____
Judge