# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADA CARNES, Individually and as Personal Representative of the Estate of ARTHUR L. CARNES, Deceased, CRAIG CARNES, DANIEL CARNES, and GLENN CARNES, <br><br> Plaintiffs, <br> v. <br><br> CRANE CO., et al, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:19-cv-00128-MN-SRF <br> ) <br> ) Jury Trial of Twelve Demanded <br> ) <br> ) |

## STIPULATION OF DISMISSAL OF ALL CLAIMS AS TO PARKER-HANNIFIN CORPORATION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, through their counsel, and Defendant Parker-Hannifin Corporation, through its counsel, and subject to the approval of the Court, that all claims and cross-claims against Parker-Hannifin Corporation in the above-captioned matter are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated: March 12, 2020

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Ian Connor Bifferato (Bar No. 3273)
THE BIFFERATO FIRM, P.A.
1007 N. Orange Street, 4th Floor

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

/s/ *Jessica L. Tyler*
Armand J. Della Porta, Jr. (Bar No. 2861)
Ana Marina McCann (Bar No. 4374)
Jessica L. Tyler (Bar No. 5458)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19801

*Counsel for Parker-Hannifin Corporation*

Wilmington, DE 19801
Telephone: (302) 225-7600
Fax: (302) 298-0688
cbifferato@tbf.legal

*Attorneys for Plaintiff*

       SO ORDERED this \_\_\_\_\_ day of _____, 2020.

                                          _____
                                                          J.