**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE: ASBESTOS LITIGATION** ) | |
| ) | |
| ADA CARNES, Individually and as ) | |
| Personal Representative of the Estate of ) | |
| ARTHUR L. CARNES, Deceased, CRAIG ) | C.A. No. 1:19-cv-00128-MN-SRF |
| CARNES, DANIEL CARNES, and ) | |
| GLENN CARNES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, this 4th day of June 2020, by and between Plaintiffs, through their counsel, and Crane Co., through its counsel, and subject to the approval of the Court, that all claims and cross-claims, against Crane Co. in the above-captioned action(s) are hereby dismissed with prejudice with each party to bear their own costs.

| | |
|---|---|
| PLAINTIFFS | Crane Co. |
| By their attorneys, | By its attorneys, |
| | |
| */s/ Brian E. Farnan* | */s/ Francis C. Gondek* |
| Brian E. Farnan, Esq. | Francis C. Gondek, Esq. |
| Farnan LLP | Swartz Campbell, LLC |
| 919 N. Market Street, 12th Floor | 300 Delaware Avenue, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| DE Bar No. 4089 | DE Bar No. 2313 |
| (302) 777-0300 | (302) 656-5935 |

SO ORDERED this _____ day of _____, 2020

_____
UNITED STATES DISTRICT JUDGE