## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADA CARNES, Individually and as Personal Representative of the Estate of ARTHUR L. CARNES, Deceased, CRAIG CARNES, DANIEL CARNES, and GLENN CARNES,<br><br>Plaintiffs,<br><br>v.<br><br>IMO INDUSTRIES INC., et al.,<br><br>Defendant. | : C.A. No. 1:19-cv-00128-MN-SRF<br>:<br>: ASBESTOS<br>:<br>: NON-ARBITRATION<br>:<br>:<br>: TRIAL BY JURY OF TWELVE<br>: DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL OF
### DEFENDANT IMO INDUSTRIES, INC.

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendant, Imo Industries Inc., and their undersigned counsel, that Plaintiffs' claims, and any cross-claims thereto, against Imo Industries Inc. ONLY are dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

| **THE BIFFERATO FIRM P.A.** | **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** |
|---|---|
| */s/ Ian Connor Bifferato, Esquire*____ | |
| Ian Connor Bifferato (No. 3273) | */s/Eileen M. Ford, Esquire*_____ |
| 1007 North Orange Street, 4th Floor | Megan T. Mantzavinos, Esquire (No. 3802) |
| Wilmington, DE 19801 | Eileen M. Ford, Esquire (No. 2870) |
| (302) 225-7600 | 300 Delaware Avenue, Suite 900 |
| cibberator@tbf.legal | Wilmington, DE 19801 |
| *Attorneys for Plaintiffs* | (302) 658-6538 |
| | *Attorneys for Defendant Imo Industries Inc.* |
| Dated: July 29, 2020 | |
| | Dated: 7/29/2020 |

SO ORDERED this _____ day of _____, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

{DE537591.1}