IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| ADA CARNES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 19-128 (MN) (SRF) |
| | ) |
| CRANE CO., et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 23rd day of February 2021:

WHEREAS, on February 8, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 91) in this action, recommending that the Court grant the motion for summary judgment of Defendant General Dynamics Corporation (D.I. 81); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period for the above motion, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. Defendant General Dynamics Corporation's Motion for Summary Judgment (D.I. 81) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant General Dynamics Corporation and against Plaintiffs Ada Carnes, Individually and as Personal Representative of the Estate of Arthur L. Carnes, Deceased, Craig Carnes, Daniel Carnes, and Glenn Carnes.

                                                                                     _____
                                                                                      The Honorable Maryellen Noreika
                                                                                       United States District Judge