IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| ADA CARNES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 19-128 (MN) (SRF) |
| | ) |
| CRANE CO., et al. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Court's Order Adopting Report and Recommendation dated February 23, 2021 (D.I. 92);

IT IS HEREBY ORDERED AND ADJUDGED this 23rd day of February 2021 that judgment be and is HEREBY ENTERED in favor of General Dynamics Corporation and against Plaintiffs Ada Carnes, Individually and as Personal Representative of the Estate of Arthur L. Carnes, Deceased, Craig Carnes, Daniel Carnes, and Glenn Carnes.

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk