**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADA CARNES, Individually and as Personal Representative of the Estate of ARTHUR L. CARNES, Deceased, CRAIG CARNES, DANIEL CARNES, and GLENN CARNES,<br><br>     Plaintiffs,<br><br> v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:19-cv-00128-MN-SRF<br>)<br>)<br>)<br>) |

**JOINT INTERIM STATUS REPORT**

The parties submit this Joint Interim Status Report in compliance with the Court's February 23, 2021 oral order.

1. **Parties.**

    Plaintiffs

    Ada Carnes, Individually and as Personal Representative of the Estate of Arthur L. Carnes, deceased, Craig Carnes, Daniel Carnes, and Glenn Carnes.

    Defendants

    *Active Defendants*: The Boeing Company.

2. **Dispositive Motions.** Based upon the bifurcated Scheduling Order in this matter, D.I. 25, the parties previously stipulated to amend the Scheduling Order as follows:

    - ¶4(d)(iii)- All other Dispositive Motions (those outside the provision of paragraph 12, *infra*, including motions that require expert evidence to support or oppose) shall be filed no later than three hundred days after all dispositive motions on product identification and nexus referred to in paragraph 12 are resolved, unless otherwise ordered by the Court.

D.I. 78. Following the Court's disposition of the final remaining dispositive motion based solely upon product identification and nexus on February 23, 2021, The Boeing Company's dispositive motion is now due on December 20, 2021.

3. **Discovery.** The parties do not have any discovery disputes at this time, and anticipate conducting expert discovery, pursuant to the Scheduling Order, to be completed in advance of The Boeing Company's December 20, 2021 deadline to submit its dispositive motion.

4. **Proposed Trial Date and Duration.** The parties have conferred regarding the Court's Order as to a suggested trial date and duration, and agree that a trial lasting between one and two weeks and beginning between February 2022 and April 2022, depending upon the Court's availability and preference, would be appropriate.

5. **Other Matters.** There are no additional matters to bring to the Court's attention at this time.

| **FARNAN LLP** | **MANNING GROSS + MASSENBURG LLP** |
|---|---|
| */s/ Brian E. Farnan* | */s/ Tye C. Bell* |
| Brian E. Farnan (DE Bar ID #4089) | Jason A. Cincilla (DE Bar ID #4232) |
| 919 North Market St., 12th Floor | Amaryah K. Bocchino (DE Bar ID #4879) |
| Wilmington, Delaware 19801 | Ryan W. Browning (DE Bar ID #4989) |
| 302-777-0300 | William B. Larson, Jr. (DE Bar ID #5627) |
| bfarnan@farnanlaw.com | Tye C. Bell (DE Bar ID #309) |
| *Attorney for Plaintiffs* | 1007 North Orange Street, 7th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 657-2100 |
| | jcincilla@mgmlaw.com |
| | abocchino@mgmlaw.com |
| | rbrowning@mgmlaw.com |
| | wlarson@mgmlaw.com |
| | tbell@mgmlaw.com |
| | *Attorneys for Defendant The Boeing Company* |