**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ADA CARNES,** Individually and as Personal Representative of the Estate of **ARTHUR L. CARNES,** Deceased, **CRAIG CARNES, DANIEL CARNES,** and **GLENN CARNES** | C.A. No. 1:19-cv-00128-MN-SRF |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| **CRANE CO.** et al., | |
| Defendants. | |

**STIPULATION OF DISMISSAL OF THE BOEING COMPANY**

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendant, The Boeing Company, and their undersigned counsel, that Plaintiffs' claims, and any cross-claims thereto, against The Boeing Company are dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Dated March 23, 2022

Of Counsel:

Christopher L. Johnson
WATERS & KRAUS LLP
3141 Hood St., Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
cjohnson@waterskraus.com

Respectfully submitted,
FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

THE BIFFERATO FIRM P.A.

/s/ Ian Connor Bifferato
Ian Connor Bifferato (Bar No. 3273)
1007 N. Orange St. 4th Floor
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383
cbifferato@tbf.legal

Attorneys for Plaintiff


MANNING GROSS + MASSENBURG LLP

/s/ Tye C. Bell
Tye C. Bell (#5309)
Jason A. Cincilla (#4232)
Amaryah K. Bocchino (#4879)
Ryan W. Browning (#4989)
William B. Larson, Jr. (#5627)
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
(302) 657-2100
jcincilla@mgmlaw.com
abocchino@mgmlaw.com
rbrowning@mgmlaw.com
wlarson@mgmlaw.com
tbell@mgmlaw.com

Attorneys for Defendant
The Boeing Company


SO ORDERED this _____ day of _____, 2022


_____
JUDGE SHERRY R. FALLON