IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ADA CARNES,** Individually and as Personal Representative of the Estate of **ARTHUR L. CARNES,** Deceased, **CRAIG CARNES, DANIEL CARNES,** and **GLENN CARNES**<br><br>Plaintiffs,<br><br>v.<br><br>**CRANE CO.** et al.,<br><br>Defendants. | C.A. No. 1:19-cv-00128-MN-SRF<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF THE BOEING COMPANY

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs and Defendant, The Boeing Company, and their undersigned counsel, that Plaintiffs' claims, and any cross-claims thereto, against The Boeing Company are dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Dated March 23, 2022

Of Counsel:

Christopher L. Johnson
WATERS & KRAUS LLP
3141 Hood St., Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
cjohnson@waterskraus.com

Respectfully submitted,
FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**STIPULATION OF DISMISSAL OF THE BOEING COMPANY – Page 1**

| | |
|---|---|
| THE BIFFERATO FIRM P.A. | MANNING GROSS + MASSENBURG LLP |
| /s/ Ian Connor Bifferato | /s/ Tye C. Bell |
| Ian Connor Bifferato (Bar No. 3273) | Tye C. Bell (#5309) |
| 1007 N. Orange St. 4th Floor | Jason A. Cincilla (#4232) |
| Wilmington, DE 19801 | Amaryah K. Bocchino (#4879) |
| Telephone: (302) 225-7600 | Ryan W. Browning (#4989) |
| Facsimile: (302) 254-5383 | William B. Larson, Jr. (#5627) |
| cbifferato@tbf.legal | 1007 North Orange Street, 10th Floor |
| | Wilmington, Delaware 19801 |
| Attorneys for Plaintiff | (302) 657-2100 |
| | jcincilla@mgmlaw.com |
| | abocchino@mgmlaw.com |
| | rbrowning@mgmlaw.com |
| | wlarson@mgmlaw.com |
| | tbell@mgmlaw.com |
| | |
| | Attorneys for Defendant |
| | The Boeing Company |

SO ORDERED this 23rd day of March 2022.

_____
The Honorable Maryellen Noreika
United States District Judge

**STIPULATION OF DISMISSAL OF THE BOEING COMPANY – Page 2**